NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| US FOODS, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>LALLA HOLDING CORP; CHANI MODI; and RAVI LALLA,<br><br>           Defendants. | Case No. 5:13-cv-02328 HRL<br><br>**INTERIM ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

Plaintiff is directed to lodge with the undersigned's chambers the following documentation in connection with its pending motion for default judgment:

1. A more legible copy of Exhibit B to the complaint (i.e., one where the column headings are visible and not blacked out); and
2. An unredacted copy of the attorney time sheets for an *in camera* review.

These documents shall be submitted to the court within 14 days from the date of this order.

**SO ORDERED**.

Dated: October 17, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-02328-HRL Notice has been electronically mailed to:

2  Bahareh Maryam Wullschleger    bahareh.wullschleger@bryancave.com,

3  dominic.sims@bryancave.com, malou.sana@bryancave.com