UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

US FOODS, INC.,

        Plaintiff,

    v.

LALLA HOLDING CORP, et al.,

        Defendants.

Case No.  13-cv-02328-BLF

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION THAT DEFAULT JUDGMENT BE GRANTED IN PART AND DENIED IN PART**

Re: Dkt. No. 18

      The Court has reviewed Magistrate Judge Howard R. Lloyd's Report and Recommendation Re: Plaintiff's Motion for Default Judgment. No party to this action has filed an objection to the Report and Recommendation.

      The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court enters default judgment for Plaintiff in the amount of $105,594.13 for past due sums, interest, and attorney's fees.

      **IT IS SO ORDERED.**

Dated: October 15, 2014

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California